[No. 27949-5-II.   Division Two.   November 22, 2002.]

EDWIN D. USELMANN, ET AL., *Appellants*, v. CLARK COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-03950-0, Diane M. Woolard, J., entered October 2, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 28087-6-II.   Division Two.   November 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS E. LUDVIGSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00537-0, David E. Foscue, J., entered October 22, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[Nos. 47512-6-I; 47920-2-I.   Division One.   November 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL VITTORIO CAFFEE, *Defendant*, SHELTON RAMSEY MUSGRAVE, *Appellant*.

*In the Matter of the Postsentence Review of* SHELTON RAMSEY MUSGRAVE.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07078-6, Charles W. Mertel, J., entered September 20, 2000, together with a petition for post-sentence review. Conviction *affirmed*, petition *granted*, and *remanded* for resentencing by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ. Now published at 117 Wn. App. 470.